# UNITED STATES DISTRICT COURT
### for the
Western District of Missouri

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| RAY TONIO WILLIAMS | ) | Case No.    26-mj-2044DPR |
| (DOB: 04-11-1986) | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ June 1, 2026 _____ in the county of _____ Jasper _____ in the _____ Western _____ District of _____ Missouri _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C.  § 2113(a) | See Attachment A |

This criminal complaint is based on these facts:

See attached affidavit of FBI Special Agent Brandon J. Bernhardt

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Brandon J. Bernhardt, FBI SA
_____
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed.R.Crim.P. 4.1 and 4(d).

Date:    06/02/2026

_____
*Judge's signature*

City and state:    Jefferson City, Missouri

Willie J. Epps, Jr., Chief U.S. Magistrate Judge
_____
*Printed name and title*