# ATTACHMENT A

**CHARGE:**

On or about June 1, 2026, in Jasper County, in the Western District of Missouri, the defendant, **RAY TONIO WILLIAMS**, by force, violence, and intimidation, did take from the person or presence of another, United States Currency, belonging to, and in the care, custody, control, management, and possession of, Arvest Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

**RANGE OF PUNISHMENT:**

18 U.S.C. § 2113(a)
NMT 20 Years Imprisonment
NMT $250,000 Fine
NMT 3 Years Supervised Release
Class C Felony

$100 Special Assessment