**ATTACHMENT B**

**AFFIDAVIT OF FEDERAL BUREAU OF INVESTIGATION
SPECIAL AGENT BRANDON J. BERNHARDT**

I, Brandon J. Bernhardt, a Special Agent (SA) with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am an SA with FBI and have been so employed since July 2019. I am currently assigned to the Kansas City Division of the FBI, and the Joplin Resident Agency in Joplin, Missouri, where I am assigned to investigate a broad array of federal criminal activity, including all offenses under Title 18 of the United States Code. I completed SA training at the FBI Academy in Quantico, Virginia, in November 2019, and was assigned to the Minneapolis Division following my graduation. While at the Minneapolis Division, I was assigned to investigate matters of national security, specifically counterintelligence investigations. Prior to becoming an SA, I was employed by the Federal Reserve Bank of Kansas City in Kansas City, Missouri, as a bank examiner.

2. The statements in this affidavit are based on my personal observations, training and experience, investigation of this matter, and information obtained from other law enforcement officials and witnesses. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation.

3. As discussed below, I believe there is sufficient evidence to establish probable cause that Ray Tonio WILLIAMS has violated 18 U.S.C. § 2113(a), that is, bank robbery.

**STATUTORY AUTHORITY**

4. 18 U.S.C. § 2113(a) makes it unlawful for a person, by force and violence, or by intimidation, to take or attempt to take, from the person of another, or obtain or attempt to obtain

1

by extortion any property or money or any other thing of value belonging to, or in the care, custody, control, management, or possession of, any bank, credit union, or any savings and loan association.

## **PROBABLE CAUSE**

5.　On June 1, 2026, at approximately 4:30 p.m. CST, the Joplin, Missouri, Police Department (JPD) responded to a 911 call of a bank robbery that had taken place at Arvest Bank located at 701 S. Main Street, Joplin, Jasper County, within the Western District of Missouri.

6.　Arvest Bank is a federally insured financial institution with the Federal Deposit Insurance Corporation (FDIC), having been issued FDIC certificate number 8728.

7.　Upon their arrival, JPD officers interviewed the victim teller and obtained video surveillance footage of the bank for the relevant time period.

8.　At the time of the initial interview by JPD, the victim teller began to cry and needed a moment to calm down before speaking with JPD. The victim teller stated that a male, later identified as Ray Tonio WILLIAMS, entered the bank and waited in line. The victim teller advised that she was ready to help the next customer and WILLIAMS walked over to the victim teller and slid a note on the counter that read, "This is a RobbeRy." The victim teller then told WILLIAMS that she was unsure what he wanted, to which, WILLIAMS responded, "I want money." WILLIAMS then told her to "open that drawer" and proceeded to point at what he wanted from the victim teller's drawer. The victim teller handed WILLIAMS the cash he pointed at, and WILLIAMS walked out of the bank. The victim teller later told another JPD officer that she was scared of WILLIAMS.

9.　Based on a review of the security footage, at approximately 4:23 p.m., WILLIAMS entered Arvest Bank, sat in a chair in the bank lobby, and gathered items from inside of his pocket. At approximately 4:25 p.m., WILLIAMS stood up, proceeded to the teller line, and secured a

2

Case 6:26-mj-02044-DPR　　Document 1-2　　Filed 06/02/26　　Page 2 of 4

writing utensil before he walked away. At approximately 4:26 p.m., WILLIAMS stood in the lobby and wrote on a small, folded piece of paper.

10. At approximately 4:29 p.m., WILLIAMS walked up to the victim teller and passed her a note. The victim teller then appeared to change screens on her computer. WILLIAMS motioned for the cash inside of the drawer, which the victim teller provided. WILLIAMS then pointed at the drawer, and the victim teller provided him with more cash.

11. After taking the cash from victim teller, at approximately 4:30 p.m., WILLIAMS departed the bank on foot.

12. A short time later, based on the physical description provided during the 911 call, JPD officers apprehended WILLIAMS a few blocks away from Arvest Bank. At the time of his encounter with JPD, WILLIAMS was found to have $725 in his possession, which was later determined to be the exact amount of currency the victim teller's drawer was short. During the apprehension of WILLIAMS, the victim teller accompanied a JPD detective and positively identified WILLIAMS as the individual who passed her the robbery note. WILLIAMS was arrested and taken to the Joplin, Missouri, City Jail.

13. While at the jail with JPD officers, and after being advised of his *Miranda* rights, WILLIAMS questioned a JPD officer if the officer saw the note involved in the robbery. The JPD officer stated that he did not see the note, but other officers had. The JPD officer asked WILLIAMS what the note said, to which WILLIAMS responded, "robbery."

3

## CONCLUSION

14.     Based on the above facts, this affiant believes there is probable cause in support of a criminal complaint charging Ray Tonio WILLIAMS with a violation of 18 U.S.C. § 2113(a), that is, bank robbery.

BRANDON J. BERNHARDT
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed to before me in my presence via telephone on this __2nd__ day of June, 2026.

HONORABLE WILLIE J. EPPS, JR.
Chief United States Magistrate Judge
Western District of Missouri

4